**Gary V. GRECCO, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 2009–3301.

United States Court of Appeals, Federal Circuit.

Feb. 17, 2010.

Gary V. Grecco, Buffalo, NY, pro se.

1. We assume that attorney Hilts has returned the unused portion of Ms. Robinson's retainer

Calvin Morrow, Merit Systems Protection Board, Washington, DC, for Respondent.

## ON MOTION

### *ORDER*

Gary V. Grecco moves to "recapture" the docketing fee and to withdraw his petition for review.

The court deposits the fees with the Treasury Department upon receipt and cannot refund the fee once it is deposited. *See* Practice Note following Fed. Cir. R. 52.

Accordingly,

IT IS ORDERED THAT:

(1) The motion to refund the docketing fee is denied.

(2) The motion to withdraw the petition for review is granted. The petition is dismissed. Each side shall bear its own costs.